IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT

DONALD F. MACKAY, JR.

       Plaintiff,

v.

FORD MOTOR COMPANY,

       Defendant.

Case No.: 4:14-cv-14097
Honorable Terrance G. Berg
Magistrate Mona K. Majzoub

| Donald F. Mackay, Jr.<br>Plaintiff In Pro Per<br>7022 Crease Lane<br>Philadelphia, PA 19126 | Thomas P. Branigan (P41774)<br>Elizabeth A. Favaro (P69610)<br>Bowman and Brooke LLP<br>Attorneys for Ford Motor Company<br>41000 Woodward Ave., Ste. 200 East<br>Bloomfield Hills, MI 48304<br>248.205.3300 / 248.205.3399 fax<br>tom.branigan@bowmanandbrooke.com<br>elizabeth.favaro@bowmanandbrooke.com |
|---|---|

## ORDER OF DISMISSAL WITH PREJUDICE

**Whereas,** Defendant, Ford Motor Company, informed the Court that Plaintiff Donald F. MacKay, Jr. passed away on November 18, 2015 (Dkt. 43, Suggestion of Death);

**Whereas,** on May 17, 2016, as a result of the Suggestion of Death, the Court dismissed Plaintiff's Complaint without prejudice and ordered that it be converted to a dismissal with prejudice unless Plaintiff's estate re-opened the case on or before July 16, 2016; and

**Whereas,** no petition to re-open the case has been filed by Plaintiff's Estate on or before the July 16, 2016 deadline;

**IT IS ORDERED** that the Complaint is DISMISSED WITH PREJUDICE and without costs. This is a final order and closes this case.

                                              s/Terrence G. Berg
                                              TERRENCE G. BERG
                                              UNITED STATES DISTRICT JUDGE

Dated:     July 22, 2016
             Flint, Michigan